UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
AUG 08 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                  CRIMINAL NO. 13-20568

vs.                                 HONORABLE GERALD E. ROSEN

D-2  CHRISTINA ROBERTSON,

        Defendant.
_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Christina Robertson, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count Three:**   Up to five years' incarceration and/or $250,000 fine.

                                              _____
                                              Christina Robertson
                                              Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                              _____
                                              Stacey Studnicki
                                              ~~Chief~~ Federal Defender

Dated: August 8, 2013