UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
AUG 08 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

           Plaintiff,

v.

CHRISTINA ROBERTSON,

           Defendant.
_____/

CR. NO. 13-20568

HONORABLE DAVID GRAND

## ORDER MODIFYING BOND CONDITIONS
## TO REMOVE ELECTRONIC MONITORING

Upon the Motion of Defendant Christina Robertson, and with the concurrence of the Government and Pretrial Services, to modify the conditions of Defendant's bond to (1) remove the requirement that she wear an electronic monitor, (2) report to Pretrial Services as directed, (3) attend mental health counseling as directed by Pretrial Services, and (3) remove all other conditions of bond, pursuant to 18 USC § 3145(a)(2), which provides that a defendant may file, with the court having original jurisdiction over the offense, a motion for amendment of the conditions of release,

**SO ORDERED:**

_____
HONORABLE DAVID GRAND
UNITED STATES MAGISTRATE JUDGE

Entered: 8/8/13